# Exhibit E





n/csp/crd?v=1&cs=0_p3WTzoaB0q-sl9RQxB-ZU3mOyryFeLGzTXHzOmMOJg7R1vG5w-6gl66VbVMHdBc3R18B-zutwEHd7UWaFlFEg9S1wSnkb6PW3NIdOJjpWKG23_7gZU547Ae-bxwBP4AeCzsjInBdRYu

       Address        Desktop





