UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA EAGLE, <br><br> Plaintiff, <br><br> v. <br><br> SANDI MORGAN, et al., <br><br> Defendants. | No. 2:11-cv-04303-RB |

### ORDER

AND NOW, this 9 day of November 2011, upon Plaintiff's Uncontested Motion for the Release of Deposited Funds, it is hereby ORDERED that said Motion is GRANTED. The Registry of the Court is directed to release to Plaintiff the $2,500 previously deposited by her on or about July 8, 2011.

By the Court:

_____
Hon. Ronald L. Buckwalter