# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA EAGLE, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : NO. 11-4303 |
| SANDI MORGAN, HAITHAM SAEAD, | : |
| JOSEPH MELLACI, ELIZABETH | : |
| SWEENEY, LISA ARNSPERGER, | : |
| QAMAR ZAMAN, and EDCOMM, INC., | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this *22nd* day of *December*, 2011, upon consideration of Plaintiff Linda Eagle's Motion for Judgment on the Pleadings as to Defendant Edcomm, Inc.'s Counterclaims (Docket No. 35), Defendant Edcomm, Inc.'s Response (Docket No. 39), and Plaintiff's Reply Brief (Docket No. 40), it is hereby **ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART** as follows:

1. As to Counts III, IV, and V of the Counterclaim Complaint, the Motion is **DENIED**;

2. As to Counts I, II, VI, VII, and VIII of the Counterclaim Complaint, the Motion is **GRANTED** and these claims are **DISMISSED WITHOUT PREJUDICE** to Defendant Edcomm, Inc.'s right to amend the Counterclaim Complaint within twenty (20) days from the date of this Order.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.