IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA EAGLE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 11-4303 |
| SANDI MORGAN, HAITHAM SAEAD, | : | |
| JOSEPH MELLACI, ELIZABETH | : | |
| SWEENEY, LISA ARNSPERGER, | : | |
| QAMAR ZAMAN, and EDCOMM, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *12th* day of *March*, 2013, following a non-jury trial, it is hereby

**ORDERED** that **JUDGMENT IS ENTERED** on the claims and counterclaims remaining in this case as follows:

1. With respect to all claims against individual Defendants Sandi Morgan, Haitham Saead, Joseph Mellaci, Elizabeth Sweeney, Lisa Arnsperger, and Qamar Zaman, **JUDGMENT IS ENTERED** in favor of Defendants.

2. With respect to Counts IV (Unauthorized Use of Name in Violation of 42 Pa.C.S. § 8316), V (Invasion of Privacy by Misappropriation of Identity), and VI (Misappropriation of Publicity), **JUDGMENT IS ENTERED** in favor of Plaintiff and against Defendant Edcomm, Inc.

3. With respect to Counts VII (Identity Theft), VIII (Conversion), IX (Tortious Interference With Contract), X (Civil Conspiracy), and XI (Civil Aiding and Abetting), **JUDGMENT IS ENTERED** in favor of Defendant Edcomm, Inc. and against Plaintiff.

4. With respect to Plaintiff's request for punitive damages, **JUDGMENT IS ENTERED** in favor of Defendant Edcomm, Inc. and against Plaintiff.

5. Plaintiff is awarded compensatory damages in the amount of zero dollars ($0).

6.  With respect to Counterclaim Complaint Counts III (Misappropriation), IV (Unfair Competition), and V (Conversion), **JUDGMENT IS ENTERED** in favor of Counterclaim Defendant Eagle and against Counterclaim Plaintiff Edcomm, Inc.

This case is now marked **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.